UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────x

THE CHARTER OAK FIRE INSURANCE COMPANY,                 1:22-cv-05929-LJL

                Plaintiff,

-against-

STARR INDEMNITY & LIABILITY COMPANY,

                Defendant.
───────────────────────────────x

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed against the Defendant pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

**IT IS FURTHER STIPULATED AND AGREED** that copies of this stipulation with facsimile signatures and/or counterparts may be used for all purposes in lieu of an original stipulation with original signatures.

Dated:     December 8, 2022
           New York, New York

USERY & ASSOCIATES

By: _____
    Lisa Szczepanski
*Attorneys for Plaintiff*
THE CHARTER OAK FIRE INSURANCE COMPANY
P.O. Box 2996
Hartford, CT 06104-2996
(917) 778-6680

KELLY & CURTIS, PLLC

By: _____
    Andrew I. Mandelbaum (AM 5007)
*Attorneys for Defendant*
STARR INDEMNITY & LIABILITY COMPANY
32 Broadway, Suite 304
New York, New York 10004
(212) 248-2200

SO ORDERED:

_____